**No. 68894.**—Aristo-Craft Distinctive Miniatures *v.* United States, protest 64/2922–14250 (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 68895.**—Paul E. Sernau, Inc. *v.* United States, protest 64/5357 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Long neck ducks" and identified as item 870/7 contained in cartons 9363/21–30, consists of natural, preserved, immature ducks, chiefly used as a decorative article and not as a toy, and that such ducks consist of feather and downs on the skin, dressed, colored, or otherwise advanced or manufactured, the claim of the plaintiff was sustained.

**No. 68896.**—Dan Brechner & Co. *v.* United States, protest 64/10075 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.